**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**
**CASE NO.: 1:20-cv-2393**

*ELECTRONICALLY FILED*

DEWAYNE T. EMBERTON                                                PLAINTIFF

v.

CHASE WINKLE and CITY OF MUNCIE                              DEFENDANTS

### NOTICE OF REMOVAL

Please take notice the Defendant, the City of Muncie, Indiana (hereinafter, "this Defendant"), has removed this action from the Delaware County Circuit Court to the United States District Court for the Southern District of Indiana, Indianapolis Division. Delaware County Circuit Court is located within the jury division of the United States District Court for the Southern District of Indiana, Indianapolis Division. Copies of all process, pleadings, and orders of record are attached hereto and made a part hereof.

### GROUNDS FOR REMOVAL

1.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's claims for failure to screen and failure to train, supervise, or discipline under 42 U.S.C. § 1983 and the 4th Amendment and 14th Amendment of the United States Constitution and claims arising under the 4th Amendment of the United States Constitution. This Defendant may therefore remove this action to this Court pursuant to 28 U.S.C. § 1441(a) and (c) because this action includes claims arising under the Constitution, laws, or treaties of the United States.

2.      This Court has supplemental jurisdiction over all remaining claims in this action including: Plaintiff's claims for (i) excessive force, (ii) fear and emotional stress, and (iii)

Notice of Removal - 1

harassment claims asserted against Defendant Winkle because "they are so related to claims in the action with such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). As such, removal of the entire action is proper and consistent with 28 U.S.C. § 1367.

3.    The Plaintiff commenced this action in the Delaware County Circuit Court by filing a Complaint on July 15, 2020[1] styled *Dewayne T. Emberton v. Chase Winkle and the City of Muncie*, Civil Action No. 18C02-2007-CT-000065. The Plaintiff's Complaint seeks compensatory damages and asserts federal constitutional violations under 42 U.S.C. § 1983 against the City of Muncie for alleged failure to screen and failure to train, supervise, or discipline its officers.  The Plaintiff asserts claims against Defendant Chase Winkle for excessive force, fear and emotional stress, fourth amendment, deprivation of rights, and harassment.

4.    This Notice of Removal is timely filed, pursuant to 28 U.S.C § 1446(b)(1) because it has been filed within thirty days of this Defendant's receipt of a copy of the Complaint on August 26, 2020.

5.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders of record in this matter, including this Defendant's Notice of Removal filed in the state court, are attached hereto as Exhibit A.  A copy of the docket summary from the Delaware County Circuit Court is attached as Exhibit B.

6.    The Court's exercise of federal question jurisdiction is proper pursuant to 28 U.S.C. § 1441(a) and (c) because Plaintiff's claims in the civil action against Defendants include alleged violations of the 4th Amendment and 14th Amendment of the United States Constitution. This Court has original jurisdiction over these constitutional claims pursuant to 28 U.S.C. § 1331. This Court

---

[1] The Plaintiff's Complaint is stamped as received by the Delaware Circuit Court on May 4, 2020, however, it does not appear on the Court's docket until July 15, 2020.

has supplemental jurisdiction over the related state negligence and constitutional claims pursuant to 28 U.S.C. § 1367 because they "derive from a common nucleus of operative fact" with the original federal claims. *Wisconsin v. Ho-Chunk Nation*, 512 F.3d 921, 936 (7th Cir. 2008). All claims arise out of an incident on May 22, 2018, in the City of Muncie, Indiana involving Plaintiff and Defendant Winkle wherein Plaintiff claims Winkle committed illegal acts against him in the course of an arrest. Plaintiff also alleges that this Defendant failed to screen and failed to train, supervise, or discipline its officers and that these failures led to his alleged damages. (Compl. at pg. 3, lines 1-15).

7. By removing this action to this Court, this Defendant does not waive any defenses available to it and expressly reserves the right to assert all such defenses.

8. Pursuant to 28 U.S.C. § 1446(b)(2) no other defendants have been properly joined and served. As such, no consent to removal is necessary.

WHEREFORE, this Defendant respectfully requests this Court assume jurisdiction over the above-captioned case.

FREEMAN MATHIS & GARY, LLP

*s/Tia J. Combs*
Casey C. Stansbury
Tia J. Combs
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
cstansbury@fmglaw.com
tcombs@fmglaw.com
*Counsel for Defendant*

Notice of Removal - 3

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served, via first class USPS, postage prepaid,

on this the 15th day of September 2020, upon the following:

Dewayne T. Emberton
100 W. Washington St.
Muncie, IN 47305
*Plaintiff*

s/Tia J. Combs
*Counsel for Defendant,*
*City of Muncie*